IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTUANE D. DANIEL, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-350-ECM |
| | ) |
| U.S. POST OFFICE, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On May 14, 2025, the Magistrate Judge entered a Recommendation (doc. 30) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 30) is ADOPTED;

2. The Defendant's motion to dismiss (doc. 24) is GRANTED IN PART to the extent it seeks dismissal pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction, and DENIED AS MOOT to the extent it seeks dismissal pursuant to Rule 12(b)(6) for failure to state a claim;

3. This case is DISMISSED without prejudice;

4. All pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 26th day of June, 2025.

                                       /s/ Emily C. Marks
                             EMILY C. MARKS
                             CHIEF UNITED STATES DISTRICT JUDGE